Misc. No. 12–8020/NA. U.S. v. Calvin A. Prince, II. CCA 201100161. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 11–0566/MC. U.S. v. Alan D. Sobenes. CCA 201000381. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, we note that the convening authority approved the sentence, which included a dishonorable discharge, and then stated the adjudged